# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-0072-RJC-DSC

| | |
|---|---|
| BRIANNE STEPHENS, et. al., | ) |
| Plaintiffs, | ) |
| v. | ) ORDER |
| STATE OF NORTH CAROLINA, et. al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Defendants' respective "Motion[s] to Dismiss …" (documents ##15, 31, 41, 48, 51, 56, 66, 71 and 81).

Rule 15 of the Federal Rules of Civil Procedure governs amendments to pleadings. Rule 15(a)(1) grants a party the right to "amend its pleading once as a matter of course," if done within twenty-one days after serving the pleading, Fed. R. Civ. P. 15(a)(1)(A), or "if the pleading is one to which a responsive pleading is required," a party may amend once as a matter of course, provided that it does so within "21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1)(B). The Rule further provides that leave to amend shall be freely given "when justice so requires." Id.

Plaintiffs filed the Amended Complaint on May 8, 2018, which is within twenty-one days of the filing of the State of North Carolina Defendants' Motion to Dismiss (document #81).

It is well settled that an amended pleading supersedes the original pleading, and that motions directed at superseded pleadings are to be denied as moot. Young v. City of Mount Ranier, 238 F. 3d 567, 573 (4th Cir. 2001) (amended pleading renders original pleading of no effect);

Turner v. Kight, 192 F. Supp. 2d 391, 397 (D. Md. 2002) (denying as moot motion to dismiss original complaint on grounds that amended complaint superseded original complaint).

**IT IS THEREFORE ORDERED** that Defendants' "Motion[s] to Dismiss …" (documents ##15, 31, 41, 48, 51, 56, 66, 71 and 81) are administratively **DENIED** as moot without prejudice.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: May 10, 2018

David S. Cayer
United States Magistrate Judge